**Order entered November 21, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00585-CR

**DALE LEROY VERHAGEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-19-0252**

## ORDER

Before the Court is appellant's November 19, 2019 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** appellant's brief due no later than 5:00 p.m. on December 14, 2019. Appellant is cautioned that the failure to file a brief by that date will result, absent extenuating circumstances, in the appeal being abated for a hearing under rule 38.8. *See* TEX. R. APP. P. 38.8(b)(3).

/s/     BILL PEDERSEN, III
        JUSTICE